[No. 6,088.—Department One.]

## ELIZABETH DOUGLASS ET AL. v. LAMARTINE FULDA ET AL.

RECALLING REMITTITUR—JURISDICTION.

The COURT:

The judgment of affirmance in this case, rendered at the January session of 1880 (54 Cal. 588), is final and conclusive of the rights of the parties. More than a year has elapsed since its rendition, and it appears that the judgment itself, since its affirmance, has been satisfied. The motion to recall the remittitur is therefore denied.